UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUONG

                        Petitioner,

            -against-

GENALO ET AL

                        Respondents.

26-CV-1206 ( ALC )

ORDER

ANDREW L. CARTER, JR., United States District Judge:

Petitioner, who is detained at 26 Federal Plaza, New York, NY 10278 brings this petition

for a writ of *habeas corpus* under 28 U.S.C. § 2241.

At this time, the Court denies the Petitioner's Emergency Motion for immediate

release. The Clerk of Court is respectfully requested to terminate ECF No. 6.

The Court, having examined the petition pursuant to 28 U.S.C. § 2241, filed on behalf of

Hai Quoc Truong hereby ORDERS that:

**The Clerk of Court shall electronically notify the Civil Division of the U.S.**

**Attorney's Office for the Southern District of New York that this Order has been issued at**

**the following email address: jeffrey.oestericher@usdoj.gov.**

The U.S. Attorney's Office shall file an answer or other pleadings in response to the

petition on or before February 17, 2026; any reply from Petitioner is due February 18, 2026.

The Parties (attorneys only) should contact the Court at 1-855- 244-8681 (access code:

2305 3700 226#) on February 20, 2026 at 3:30 pm.

SO      ORDERED.

Dated:  2/13/26  New

York, New York

ANDREW L. CARTER, JR.

United States District Judge