MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/25/26__

*86 Chambers Street*
*New York, New York 10007*

February 25, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Hai Quoc Truong v. Kenneth Genalo et al.,* No. 26 Civ. 1206 (ALC)

Dear Judge Carter:

      This Office represents the government in the above-referenced habeas corpus action. The government's deadline to file its opposition to petitioner's petition was February 20, 2026. ECF No. 16. The government's memorandum of law in opposition to the amended petition was not filed until 12:01 a.m. on February 21, *i.e.*, one minute late, the return was not filed until 12:11 a.m. on February 21, *i.e.*, eleven minutes late, and the Declaration of Deportation Officer Dmitry Rousseau was not filed until 12:13 a.m. on February 21, *i.e.*, thirteen minutes late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the memorandum of law in opposition to the petition, return and declaration (ECF Nos. 18, 19 and 20) are deemed timely filed. Petitioner consents to this request.

      The filing was delayed due to a misapprehension regarding the existence of a document. The undersigned was under the mistaken understanding that a Warrant of Arrest (Form I-200) existed in this case, but, when it came time to finalize the government's documents and file, I was unable to locate that document, as noted on the return at Exhibit G (stating that the document would be filed on Monday). After looking into this further, there was no Form I-200 in this case, and so the government respectfully requests the Court to strike Exhibit G from the government's return. I have informed Petitioner's counsel of this, and he does not oppose this request.

      I apologize to the Court and Petitioner for the short delay in the filing of the government's memorandum of law, return and declaration, and the misapprehension regarding the Form I-200.

      I thank the Court for its consideration of these requests.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/25/26

On consent from Petitioner, the Government's filing is deemed timely. The Government's motion to strike Exhibit G is **granted.**

The Clerk of Court is respectfully directed to strike Exhibit G from ECF No. 18.

2