UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HAI QUOC TRUONG

                              Petitioner     1:26-cv-1206 (ALC)

    -against-     **ORDER**

GENALO ET AL

                            Respondents.
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      During the February 27, 2026 3 pm telephonic conference, the Government failed to appear. The Court reschedules the telephonic conference for **February 27, 2026 at 4:15 pm.** The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#).

      **SO ORDERED.**

Dated: February 27, 2026
       New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**