UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

HAI QUOC TRUONG

                              Petitioner   :    1:26-cv-1206 (ALC)

    -against-                      :    **ORDER**

GENALO ET AL

                            Respondents.  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the February 27, 2026 telephonic conference, the Parties are ordered to file a joint status report by March tt, 2026. In the joint status report, the Government should specifically address the status of the travel documents.

    **SO ORDERED.**

Dated:  February 27, 2026
           New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**