UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HAI QUOC TRUONG

                                Petitioner    :    1:26-cv-1206 (ALC)

    -against-                             :    **ORDER**

GENALO ET AL

                              Respondents. :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Petitioner's March 11, 2026 status report. ECF No. 27. The Court ORDERS another joint status report regarding the status of the travel documents on March 27, 2026. The Court also schedules a telephonic conference April 2, 2026 at 2 PM. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:  March 12, 2026
          New York, New York

                                                            _/s/ Andrew L. Carter_
                                                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**