UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————-x

HAI QUOC TRUONG

                     Petitioner  :     1:26-cv-1206 (ALC)

     -against-           :    **ORDER**

GENALO ET AL

               Respondents. :

————————————————————-x

ANDREW L. CARTER, JR., United States District Judge:

    The Court ORDERS another joint status report regarding the status of the travel documents on April 11, 2026.

    SO ORDERED.

Dated:  April 2, 2026
      New York, New York

                                               **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**