UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

HAI QUOC TRUONG

                                    Petitioner  :      1:26-cv-1206 (ALC)

          -against-                             :      **ORDER**

GENALO ET AL                                    :

                                    Respondents. :

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a telephonic conference April 17, 2026 at 2 PM. The Parties should

contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** April 14, 2026
          **New York, New York**

                                                _Andrew Y Carter_

                                                _____

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**