UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

HAI QUOC TRUONG

                              Petitioner           1:26-cv-1206 (ALC)

        -against-                                  ORDER

GENALO ET AL

                              Respondents.

————————————————————————x

**ANDREW L. CARTER, JR, United States District Judge:**

The Clerk of Court is respectfully directed to terminate this case.

SO ORDERED. Dated:

    April 29, 2026

New York, New York

ANDREW L. CARTER, JR.
United States District Judge