UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

HAI QUOC TRUONG

                            Petitioner        1:26-cv-1206 (ALC)

      -against-                   **ORDER**

GENALO ET AL

                       Respondents.

————————————————————x

**ANDREW L. CARTER, JR, United States District Judge:**

    The Government is respectfully directed to respond to Petitioner's Motion for Fees by May 22, 2026.

SO ORDERED. Dated :

     May 19, 2026

**New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**