MEMO ENDORSED

BARDAVID LAW, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 7/8/26

Bardavid Law, P.C.
277 Broadway, Suite 1501
New York, New York 10007

Phone: (212) 219-3244
Fax: (212) 404-3437
Email: info@bardavidlaw.com
Web: www.bardavidlaw.com

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Truong v. Genalo, et al.*, No. 1:26-cv-1206 (ALC)**
**Letter Motion for Order Directing Response to EAJA Application**

Your Honor:

I represent Petitioner Hai Quoc Truong. Pursuant to the Court's continuing jurisdiction under 28 U.S.C. § 2243 and the Equal Access to Justice Act ("EAJA"), Petitioner respectfully requests that this Court enter an order setting a deadline for Respondents to reply to the May 8, 2026 motion for attorney's fees.

By way of background, onApril 28, 2026, the Court granted the Petition and ordered Respondents "to immediately release Petitioner, subject to the conditions of his prior order of supervision, and preventing Petitioner's re-detention unless Respondents comply with [8 C.F.R. §] 241.13(1) and [8 U.S.C. §] 1231." (Dkt # 35, Apr. 28, 2026 Text-Only Order.) Respondents thereafter released Mr. Truong from physical custody and filed the status report the Court directed. (Dkt. # 36).

On May 8, 2026, I filed a motion for attorney's fees pursuant to the EAJA (Dkt. # 38). On May 19, 2026, this Court ordered Respondents to submit a reply to the EAJA motion by May 22, 2026. On that date, Respondents filed a letter requesting, with my consent, that this Court hold its May 19, 2026 order in abeyance until this Court's order became final and the time to appeal expired. The time to appeal expired on June 29, 2026 and no appeal was taken.

For the foregoing reasons, Petitioner respectfully requests that this Court enter an order setting a new deadline to reply to the motion for EAJA fees, calculating back to the date the order granting the petition became final.

I thank the Court for its attention to this matter.

Respectfully submitted,

___________________

Joshua E. Bardavid
Attorney for Petitioner

cc: All counsel of record (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/8/26

Respondents are ORDERED to reply to Petitioner's motion for fees by 7/15/26.