**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/19/26

*86 Chambers Street*
*New York, New York 10007*

August 19, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Truong v. Genalo et al.,* No. 26 Civ. 1206 (ALC)

Dear Judge Carter:

This Office represents the respondents (the "Government") in this habeas corpus action brought by Hai Quoc Truong ("Petitioner"). On April 28, 2026, the Court issued an order granting the habeas petition. ECF No. 35. On May 8, 2026, Petitioner filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). ECF No. 38. On July 8, 2026, the Court ordered the Government to respond to Petitioner's motion for fees, ECF No. 42, and this Court has granted the Government's two prior extension requests, but denied the Government's motion to stay briefing pending the Supreme Court's resolution of a threshold jurisdictional issue concerning the availability of EAJA in habeas cases. ECF Nos. 44, 47.

I write respectfully, with Petitioner's consent, to request a one-week extension of the Government's deadline to respond, to Wednesday, August 26. The Government is still conferring with ICE to determine whether Petitioner's EAJA fee request can be resolved without further litigation. Thus, the extension will permit the parties additional time to try to resolve the fee motion, and if the parties are unable to reach an agreement, time for the Government to prepare its response. This is the Government's third request for an extension of this deadline, and Petitioner consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/19/26