MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/26/26

*86 Chambers Street*
*New York, New York 10007*

August 25, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Truong v. Genalo et al.*, No. 26 Civ. 1206 (ALC)

Dear Judge Carter:

This Office represents the respondents (the "Government") in this habeas corpus action brought by Hai Quoc Truong ("Petitioner"). On April 28, 2026, the Court issued an order granting the habeas petition. ECF No. 35. On May 8, 2026, Petitioner filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). ECF No. 38. On July 8, 2026, the Court ordered the Government to respond to Petitioner's motion for fees, ECF No. 42, and this Court has granted the Government's three prior extension requests, but denied the Government's motion to stay briefing pending the Supreme Court's resolution of a threshold jurisdictional issue concerning the availability of EAJA in habeas cases. ECF Nos. 44, 47, 49.

I write respectfully to request a two-week extension of the Government's deadline to respond, to Wednesday, September 9. The Government is still conferring with ICE to determine whether Petitioner's EAJA fee request can be resolved without further litigation. Thus, the extension will permit the parties additional time to try to resolve the fee motion, and if the parties are unable to reach an agreement, time for the Government to prepare its response. This is the Government's fourth request for an extension of this deadline. Petitioner's counsel does not consent to this request, arguing that the government should have raised this issue months ago. The government is mindful of the fact that it has sought prior extensions and is working as diligently as possible to resolve this matter.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/26/26

The Government will have until 9/2/26 and needs to work diligently to resolve the issues.