UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAI QUOC TRUONG

Petitioner

-against-

GENALO ET AL

Respondents.

---

1:26-cv-1206 (ALC)

**ORDER**

**ANDREW L. CARTER, JR, United States District Judge:**

The Parties are ORDERED to file a joint status report by September 4, 2026.

**SO ORDERED. Dated:**

September 3, 2026

**New York, New York**

Andrew L Carter

**ANDREW L. CARTER, JR.**
**United States District Judge**