UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hai Quoc Truong,

Petitioner,

-against-

Kenneth Genalo, et. al

Respondents.

No. 1:26-cv-1206 (ALC)

**STIPULATION AND ORDER**

**STIPULATION AND ORDER RESOLVING PETITIONER'S APPLICATION FOR ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**WHEREAS**, on February 12, 2026, Petitioner Hai Quoc Truong filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1);

**WHEREAS**, on April 28, 2026, the Court granted the petition, ordered Respondents to release Petitioner immediately subject to the conditions of his prior order of supervision, and enjoined Respondents from re-detaining Petitioner absent compliance with 8 C.F.R. § 241.13 and 8 U.S.C. § 1231 (ECF No. 35);

**WHEREAS**, on April 29, 2026, the Clerk of Court terminated the case (ECF No. 37);

**WHEREAS**, no appeal was taken from the Court's April 28, 2026 judgment, and the time to appeal expired on June 29, 2026;

**WHEREAS**, on May 8, 2026, Petitioner moved for an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (ECF No. 38);

**WHEREAS**, Petitioner has executed an assignment directing that any award, settlement, or other payment of attorney's fees, costs, and expenses in this action be paid directly to his counsel, Bardavid Law, P.C.; and

**WHEREAS**, the parties wish to resolve Petitioner's application for attorney's fees and costs fully and finally, without further litigation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, and **ORDERED**, as follows:

1. **Settlement amount.** Respondents shall pay the sum of **twenty-one thousand one hundred forty-nine dollars and sixty-eight cents ($21,149.68)** in full and final satisfaction of any and all claims for attorney's fees, costs, and expenses in this action, including all claims under the EAJA, 28 U.S.C. § 2412.

2. **Payee and delivery.** Payment shall be made by check payable to Bardavid Law, P.C., in accordance with the assignment executed by Petitioner, and shall be delivered to Joshua E. Bardavid, Esq., Bardavid Law, P.C., 277 Broadway, Suite 1501, New York, New York 10007.

3. **Time for payment.** Payment shall be made no later than thirty (30) days from the date this Stipulation is executed by the last signing party.

4. **Costs and expenses.** Except as expressly provided in paragraph 1, each party shall bear its own attorney's fees, costs, and expenses incurred in this action.

5. **Withdrawal of the fee application; finality.** Upon Respondents' payment of the sum set forth in paragraph 1, Petitioner's motion for attorney's fees and costs (ECF No. 38) shall be deemed withdrawn with prejudice. The parties accept this Stipulation, and the Court's Order endorsing it, as a final resolution of all claims for attorney's fees, costs, and expenses in this action, and neither party shall appeal from or otherwise seek review of it.

6. **Retention of jurisdiction.** The Court shall retain jurisdiction for the limited purpose of enforcing the terms of this Stipulation.

7. **Counterparts.** This Stipulation may be executed in counterparts, and by electronic or facsimile signature, each of which shall be deemed an original and all of which together shall constitute one instrument.

**AGREED AND CONSENTED TO:**

**BARDAVID LAW, P.C.**

By: ______________________

JOSHUA E. BARDAVID, ESQ.
277 Broadway, Suite 1501
New York, New York 10007
Tel: (212) 219-3244
Fax: (212) 404-3437
josh@bardavidlaw.com
Counsel for Petitioner

Dated: September 7, 2026

**James M. McDonald, United States Attorney for the Southern District of New York**

By: TUDOR NEAGU (Affiliate) Digitally signed by TUDOR NEAGU (Affiliate) Date: 2026.09.07 15:50:49 -04'00'

TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel: (646) 856-5190
tudor.neagu@usdoj.gov
Counsel for Respondents

Dated: ______________, 2026

**SO ORDERED.**

Dated: September 8, 2026
New York, New York

______________________

HON. ANDREW L. CARTER, JR.
United States District Judge